IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **ZACKERY MORGAN AND BRITTNEY MORGAN,** | ) ) ) | **CIVIL ACTION NO.** |
| **Plaintiffs,** | ) ) ) | _____ |
| **UNITED RENTALS, INC., UNITED RENTALS (NORTH AMERICA), INC., AND JOHN DOES 1-20,** | ) ) ) ) ) ) | **REMOVED FROM GWINNETT COUNTY STATE COURT CIVIL ACTION NO. 22-C-01603-s5** |
| **Defendants.** | ) ) | |

## NOTICE OF REMOVAL

COME NOW, Defendants **UNITED RENTALS, INC. and UNITED RENTALS (NORTH AMERICA), INC.,** (hereinafter "Defendants"), and hereby file this joint Notice of Removal of Case Number 22-C-01603-s5 from the State Court of Gwinnett County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, and respectfully show the Court the following:

1.

United Rentals, Inc. and United Rentals (North America), Inc. are the named Defendants in a civil action brought in the State Court of Gwinnett County, Georgia, titled <u>Zackery Morgan and Brittney Morgan v. United Rentals, Inc, United Rentals</u>

<u>(North America), Inc. and John Does 1-20</u>, Civil Action File No. 22-C-01603-S5

Attached hereto and made a part hereof as Exhibits are:

- Exhibit "A": A true and correct copy of the Plaintiff's Complaint, filed by Plaintiffs in the State Court of Gwinnett County;

- Exhibit "B": A true and correct copy of the Summons issued by the Clerk of the State Court of Gwinnett County as to Defendant United Rentals, Inc.

- Exhibit "C": A true and correct copy of the Amended Summons issued by the Clerk of the State Court of Gwinnett County as to Defendant United Rentals, Inc.

- Exhibit "D": A true and correct copy of the Summons issued by the Clerk of the State Court of Gwinnett County as to Defendant United Rentals (North America), Inc.

- Exhibit "E": A true and correct copy of the Amended Summons issued by the Clerk of the State Court of Gwinnett County as to Defendant United Rentals (North America), Inc.

- Exhibit "F": A true and correct copy of the Notice of Service of Process filed in the State Court of Gwinnett County as to Defendant United Rentals, Inc.

- Exhibit "G": A true and correct copy of the Notice of Service of Process filed in the State Court of Gwinnett County as to Defendant United Rentals (North

America), Inc.

The attachments hereto, Exhibits "A" through "G," constitute all of the pleadings of which the Defendants' counsel currently have possession that have been filed in the subject case in the State Court of Gwinnett County, Georgia.

2.

Plaintiffs filed their Complaint against Defendants on March 17, 2022, in the State Court of Gwinnett County. All Defendants consent to the removal of this action, and they have removed this action within thirty (30) days of service of Plaintiffs' Complaint, within which Plaintiff claims medical damages exceeding the $75,000 threshold for amount in controversy.

3.

Plaintiffs Zackery Morgan and Brittney Morgan are citizens and residents of Georgia and reside in Cherokee County, Georgia.

4.

Defendant United Rentals, Inc. is a Delaware corporation with its headquarters located in Connecticut. *See Complaint* ¶ 4. Defendant United Rentals, Inc. is not a Georgia citizen.

5.

Defendant United Rentals (North America), Inc. is a Delaware corporation

with its headquarters located in Connecticut. *See Complaint* ¶ 5. Defendant United Rentals (North America), Inc. is not a Georgia citizen.

6.

The Complaint asserts claims for Strict Liability, Negligence in Design, Manufacture, Marketing and Distribution, Negligence generally, Loss of Consortium and Spousal Support, and Punitive Damages (Complaint at Counts One through Five).

7.

This Court has jurisdiction over this action pursuant to §1332 of Title 28 of the United States Code because there is complete diversity of citizenship between Plaintiffs and Defendants and the amount in controversy exceeds $75,000, exclusive of interest and costs. This action may therefore be removed under 28 U.S.C. § 1441. Defendants reserve the right to contest whether jurisdiction and venue are proper in Georgia.

9.

Pursuant to 28 U.S.C. §§ 1441 and 1446, removal of the state court action to this Court is appropriate.

10.

Pursuant to 28 U.S.C. § 1446(d), Defendants are serving a copy of this Notice

of Removal on Plaintiffs and are filing it with the State Court of Gwinnett County, Georgia.

11.

Pursuant to 28 U.S.C. § 1446(b)(1) and FED. R. CIV. P. 6(a), this Notice is filed within thirty (30) days of service or otherwise, of a copy of a pleading, amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.

12.

Defendants reserve the right to amend or supplement this Notice of Removal.

13.

This Notice of Removal will not waive any defenses that Defendants may have to Plaintiffs' Complaint.

WHEREFORE, Defendants pray that this Notice of Removal be filed and that said action be removed to and proceed in this Court and that no further proceedings be had in the State Court of Gwinnett County, Georgia.

Respectfully submitted, this 21st day of April, 2022.

|  |  |
|---|---|
|  | **HAWKINS PARNELL & YOUNG** LLP |
|  | */s/ Allison M. Escott* |
| 303 Peachtree Street, N.E., Suite 4000 | Warner S. Fox |
| Atlanta, GA 30308-3243 | Georgia Bar No. 272654 |
| (404) 614-7400 | Allison M. Escott |
| (404) 614-7500 (facsimile) | Georgia Bar No. 606031 |
| wfox@hpylaw.com | *Counsel for Defendants* |
| aescott@hpylaw.com |  |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1(C)

I hereby certify pursuant to Rule 7.1 of the Local Rules for the Northern District of Georgia that this document has been prepared in "Book Antiqua" font, 13 point, as required by Local Rule 5.1(C).

This 21 day of April, 2022.

HAWKINS PARNELL & YOUNG LLP

303 Peachtree Street, N.E., Suite 4000
Atlanta, GA 30308-3243
(404) 614-7400
(404) 614-7500 (facsimile)
wfox@hpylaw.com
skeith@hpylaw.com

Warner S. Fox
Georgia Bar No. 272654
Allison M. Escott
Georgia Bar No. 606031
*Counsel for Defendants*

## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| ZACKERY MORGAN AND BRITTNEY MORGAN, | ) ) ) | CIVIL ACTION NO. |
| Plaintiffs, | ) ) ) | _____ |
| UNITED RENTALS, INC., UNITED RENTALS (NORTH AMERICA), INC., AND JOHN DOES 1-20, | ) ) ) ) ) | REMOVED FROM GWINNETT COUNTY STATE COURT CIVIL ACTION NO. 22-C-01603-s5 |
| Defendants. | ) ) ) | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the within and foregoing pleading was filed with the Clerk of Court using the CM/ECF system, which will send notification to all parties of record as follows:

H. Dean Phillips
The Phillips Law Firm, LLC
341 Lawrence Street NE,
Marietta, GA 30060

M. Boyd Jones
Nicole A. Burgess-Busch
Betsy P. Collins
Busch, Reed, Jones, and Leeper, P.C.
639 Whitlock Avenue, SW
Marietta, GA 30064

8

*Attorneys for Plaintiffs*

This 21 day of April, 2022.

                                                                         **HAWKINS PARNELL & YOUNG** LLP

| | |
|---|---|
| 303 Peachtree Street, N.E., Suite 4000 | Warner S. Fox |
| Atlanta, GA 30308-3243 | Georgia Bar No. 272654 |
| (404) 614-7400 | Allison M. Escott |
| (404) 614-7500 (facsimile) | Georgia Bar No. 606031 |
| wfox@hpylaw.com | *Counsel for Defendants* |
| aescott@hpylaw.com | |